| | |
|---|---|
| 1 | GAYLE A. KERN, ESQ. |
| | Nevada Bar No. 1620 |
| 2 | KAREN M. AYARBE, ESQ. |
| 3 | Nevada Bar No. 3358 |
| | KERN & ASSOCIATES, LTD. |
| 4 | 5421 Kietzke Lane, Ste. 200 |
| | Reno, Nevada 89511 |
| 5 | Tel: (775) 324-5930 |
| | Fax: (775) 324-6173 |
| 6 | Email: gaylekern@kernltd.com |
| 7 | Email: karenayarbe@kernltd.com |
| | *Attorneys for Defendant Woodland Village Homeowners Association* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-2, ASSET-BACKED CERTIFICATES, SERIES 2007-2,<br><br>Plaintiff,<br><br>vs.<br><br>LEMMIE GARNER; SUSAN CARLILE; WOODLAND VILLAGE HOMEOWNERS ASSOCIATION;<br><br>Defendants. | Case No.: 3:17-cv-00735-MMD-WGC<br><br>**STIPULATION AND ORDER TO SET ASIDE CLERK'S DEFAULT AND SET DEADLINE FOR DEFENDANT WOODLAND VILLAGE HOMEWOWNERS ASSOCIATION TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(First Request)** |

*IT IS HEREBY STIPULATED* and agreed between Plaintiff Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2007-2, Asset-Backed Certificates, Series 2007-2 ("WFB"), by and through its counsel of record, Wright, Finlay & Zak, LLP, and Defendant Woodland Village Homeowners Association (the "Association") by and through its counsel of record, Kern & Associates, Ltd. (and with WFB, collectively referred to as the "Parties") that the February 9, 2018 Clerk's Default (DE 15) be set aside and the Association be allowed to answer or otherwise respond to Plaintiff's Complaint filed on or about December 22, 2017 (DE 1).

- 1 -

The Parties **FURTHER STIPULATE** and agree that the Association shall have fourteen (14) days from the entry of the Court's Order to file an answer or otherwise respond to WFB's Complaint. This additional time is requested due to the pending tender to the Association's carrier and, if necessary, to allow time for assigned counsel to review and evaluate the Complaint and file an answer or other response on behalf of the Association. This request does not prejudice any party, and is made in good faith and not for purposes of delay.

DATED this 28th day of February, 2018.  DATED this 28th day of February, 2018.

**KERN & ASSOCIATES, LTD.**  **WRIGHT, FINLAY & ZAK, LLP**

*/s/ Karen M. Ayarbe, Esq.*  */s/ Krista J. Nielson, Esq.*
KAREN M. AYARBE, ESQ.  KRISTA J. NIELSON ESQ.
Nevada Bar No. 3358  Nevada Bar No.10698
5421 Kietzke Lane, Ste. 200  7785 W. Sahara Ave., Ste. 200
Reno, NV 89511  Las Vegas, NV 89117
Tel: (775) 324-5930  Tel: (702) 475-7964
Fax: (775) 324-6173  Fax: (702) 946-1345
*Attorneys for Defendant*  *Attorney for Plaintiff*
*Woodland Village Homeowners Association*  *Wells Fargo Bank, N.A.*

## ORDER

*IT IS SO ORDERED*.

DATED this 1st day of March 2018.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully Submitted By:*

*/s/ Karen M. Ayarbe, Esq.*
KAREN M. AYARBE, ESQ.
*Attorneys for Defendant*
*Woodland Village Homeowners Association*

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure 5(b), I certify that on the 28th day of February, 2018, I served via the CM/ECF electronic filing system, and in accord with Local Rule IC 4-1(b) of the United States District Court for the District of Nevada, a true and correct copy of the ***STIPULATION AND ORDER TO SET ASIDE CLERK'S DEFAULT AND SET DEADLINE FOR DEFENDANT WOODLAND VILLAGE HOMWOWNERS ASSOCIATION TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT*** to the attorneys associated with this case.

| | |
|---|---|
| **RYAN J. CANN** | rjc@kidderlawgroup.com |
| | info@canniplaw.com |
| **PATRICK JAMES DAVIS** | pdavis@wrightlegal.net |
| | NVefile@wrightlegal.net |
| | npetty@wrightlegal.net |
| **KRISTA NIELSON** | knielson@wrightlegal.net |
| | jcraig@wrightlegal.net |
| | NVefile@wrightlegal.net |
| **EDGAR C SMITH** | esmith@wrightlegal.net |
| | fharris@wrightlegal.net |
| | NVefile@wrightlegal.net |

                                           */s/ Christine A. Lamia*
                                           An Employee of Kern & Associates, Ltd.