GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
KERN & ASSOCIATES, LTD.
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: gaylekern@kernltd.com
Email: karenayarbe@kernltd.com
*Attorneys for Defendant Woodland Village Homeowners Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-2, ASSET-BACKED CERTIFICATES, SERIES 2007-2,<br><br>Plaintiff,<br><br>vs.<br><br>LEMMIE GARNER; SUSAN CARLILE; WOODLAND VILLAGE HOMEOWNERS ASSOCIATION;<br><br>Defendants. | Case No.: 3:17-cv-00735-MMD-WGC<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT WOODLAND VILLAGE HOMEOWNERS ASSOCIATION TO FILE ITS RESPONSIVE PLEADING<br><br>*[Second Request]* |

***IT IS HEREBY STIPULATED*** between Plaintiff Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2007-2, Asset-Backed Certificates, Series 2007-2 ("WFB"), by and through its counsel of record, Wright, Finlay & Zak, LLP, and Defendant Woodland Village Homeowners Association (the "Association") by and through its counsel of record, Kern & Associates, Ltd. (and with WFB, collectively referred to as the "Parties") to extend the deadline for the Association to file its responsive pleading to WFB's Complaint up to and including March 30, 2018.

///

Plaintiffs filed their Complaint on or about December 22, 2017. This matter was tendered to the Association's insurance carrier, which only days ago confirmed retention of Kern & Associates, Ltd. as counsel assigned to defend the Association in the above-captioned matter. Due to this and other scheduling and case related activities in other matters, the undersigned, as general counsel for the Association, seeks an extension to provide sufficient time to review the Complaint and prepare a responsive pleading. Additionally, counsel for the Association will be out of state from March 21 to March 26, 2018.

This is the Parties' second request for an extension and is not intended to cause any delay or prejudice to any party.

| | |
|---|---|
| DATED this 15th day of March, 2018. | DATED this 16th day of March, 2018. |
| **KERN & ASSOCIATES, LTD.** | **WRIGHT FINLAY & ZAK** |
| /s/ Karen M. Ayarbe, Esq. | /s/ Krista J. Nielson, Esq. |
| KAREN M. AYARBE, ESQ. | KRISTA J. NIELSON, ESQ. |
| Nevada Bar No. 3358 | Nevada Bar No.10698 |
| 5421 Kietzke Lane, Ste. 200 | 7785 W. Sahara Ave., Ste. 200 |
| Reno, NV 89511 | Las Vegas, NV 89117 |
| Tel: (775) 324-5930 | Tel: (702) 475-7964 Ext. 7042 |
| Fax: (775) 324-6173 | Fax: (702) 946-1345 |
| *Attorneys for Defendant* | *Attorney for Plaintiff* |
| *Woodland Village Homeowners Association* | *Wells Fargo Bank, N.A.* |

## ORDER

***IT IS SO ORDERED***.

DATED this 19th day of March 2018.

William G. Cobb
_____
UNITED STATES MAGISTRATE JUDGE