WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
knielson@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2007-2, Asset-Backed Certificates, Series 2007-2*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-2, ASSET-BACKED CERTIFICATES, SERIES 2007-2,<br><br>      Plaintiff,<br><br>vs.<br><br>LEMMIE GARNER; SUSAN CARLILE; WOODLAND VILLAGE HOMEOWNER'S ASSOCIATION;<br><br>      Defendants. | Case No.: 3:17-cv-00735-MMD-WGC<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT OF LEMMIE GARNER AND SUSAN CARLILE** |
| LEMMIE GARNER AND SUSAN CARLILE,<br><br>      Counterclaimants,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-2, ASSET-BACKED CERITIFACTED, SERIES 2007-2;<br><br>      Counter-Defendant. | |

Plaintiff/Counter-Defendant, Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2007-2, Asset-Backed Certificates, Series 2007-2 (hereinafter "Wells Fargo") and Defendants/Counterclaimants, Lemmie Garner and Susan Carlile (hereinafter "Defendants"), by and through their respective counsels of record, hereby stipulate and agree that the defaults entered against Defendants on February 9, 2018, be set aside.

IT IS SO STIPULATED.

DATED this 29th day of August, 2018.

WRIGHT FINLAY & ZAK, LLP

/s/ Krista J. Nielson
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff/Counter-Defendant, Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2007-2, Asset-Backed Certificates, Series 2007-2*

DATED this 29th day of August, 2018

THE KIDDER LAW GROUP, LTD.

/s/ Ryan J. Cann
Ryan J. Cann, Esq.
Nevada Bar No. 11073
620 N. Rock Blvd.
Sparks, Nevada 89431
*Attorney for Defendants/Counterclaimants, Lemmie Garner and Susan Carlile*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 30, 2018