WRIGHT, FINLAY & ZAK, LLP
Bradley T. Wibicki, Esq.
Nevada Bar No. 11321
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
knielson@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2007-2, Asset-Backed Certificates, Series 2007-2*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-2, ASSET-BACKED CERTIFICATES, SERIES 2007-2,<br><br>Plaintiff,<br><br>vs.<br><br>LEMMIE GARNER; SUSAN CARLILE; WOODLAND VILLAGE HOMEOWNER'S ASSOCIATION;<br><br>Defendants. | Case No.:   3:17-cv-00735-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(FIRST REQUEST)** |
| LEMMIE GARNER AND SUSAN CARLILE,<br><br>Counterclaimants,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-2, ASSET-BACKED CERITIFACTED, SERIES 2007-2;<br><br>Counter-Defendant. | |

**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**

Plaintiff/Counter-Defendant, Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2007-2, Asset-Backed Certificates, Series 2007-2 ("Wells Fargo"), Defendants/Counterclaimants, Lemmie Garner and Susan Carlile, and Defendant, Woodland Village Homeowner's Association, by and through undersigned and respective counsel of record, and hereby stipulate to extend the deadline for filing dispositive motions as follows:

LR 26-4 requires a stipulation to extend a deadline to be made no later than 21 days before the subject deadline and if made within 21 days of the deadline, it must be supported by a showing of good cause. This stipulation is not within 21 days of the discovery deadline (January 4, 2019). However, good cause exists to extend the discovery deadline, namely because counsel for Plaintiff, Krista J. Nielson, Esq., is preparing for maternity leave, and an attorney new to the case will be filling in for her. The requested extension will allow the new attorney time to become familiar with the circumstances of this case.

IT IS HEREBY STIPULATED AND AGREED that the parties shall have an extension of thirty-one (31) days, up to and until February 4, 2019, to file their respective Motions for Summary Judgment.

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

1   This is the parties' first request for extension of the dispositive motions deadline. This

2   request is not intended to cause any delay or prejudice to any party.

3   DATED this 20th day of December, 2018.          DATED this 20th day of December, 2018.

4   WRIGHT, FINLAY & ZAK, LLP                       THE KIDDER LAW GROUP, LTD.

5
    */s/ Krista J. Nielson*                          */s/ Ryan J. Cann*
6   Bradley T. Wibicki, Esq.                         Ryan J. Cann, Esq.

7   Nevada Bar No. 11321                             Nevada Bar No. 11073
                                                     620 N. Rock Blvd.
    Krista J. Nielson, Esq.                          Sparks, Nevada 89431
8   Nevada Bar No. 10698                             *Attorney for Defendants/Counterclaimants,*
    7785 W. Sahara Ave., Suite 200                   *Lemmie Garner and Susan Carlile*
9   Las Vegas, Nevada 89117

10  *Attorneys for Plaintiff/Counter-Defendant,*
    *Wells Fargo Bank, National Association as*
11  *Trustee for Option One Mortgage Loan Trust*
    *2007-2, Asset-Backed Certificates, Series*
12  *2007-2*

13
    DATED this 20th day of December, 2018.
14
    LEACH KERN GRUCHOW ANDERSON
15  SONG

16
    */s/ Karen M. Ayarbe*
17  Karen M. Ayarbe, Esq.
    Nevada Bar No. 3358
18  5421 Kietzke Lane, Suite 200
    Reno, NV  89511
19  *Attorneys for Defendant, Woodland Village*
    *Homeowner's Association*
20

21

22                                                   IT IS SO ORDERED:

23

24                                                   _____
                                                     UNITED STATES MAGISTRATE JUDGE
25
                                                     DATED:  December 21, 2018
26

27

28