GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
LEACH KERN GRUCHOW ANDERSON SONG
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: gkern@lkglawfirm.com
Email: kayarbe@lkglawfirm.com
*Attorneys for Defendant Woodland Village Homeowners Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-2, ASSET-BACKED CERTIFICATES, SERIES 2007-2,<br><br>Plaintiff,<br><br>vs.<br><br>LEMMIE GARNER; SUSAN CARLILE; WOODLAND VILLAGE HOMEOWNERS ASSOCIATION;<br><br>Defendants. | Case No.: 3:17-cv-00735-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT WOODLAND VILLAGE HOMEOWNERS ASSOCIATION TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>*[First Request]* |

*IT IS HEREBY STIPULATED* between Plaintiff Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2007-2, Asset-Backed Certificates, Series 2007-2 ("WFB"), by and through its counsel of record, Wright, Finlay & Zak, LLP, and Defendant Woodland Village Homeowners Association (the "Association") by and through its counsel of record, Leach Kern Gruchow Anderson Song (and with WFB, collectively referred to as the "Parties") to extend the deadline for the Association to file its opposition WFB's Motion for Summary Judgment ("MSJ" - DE 42) up to and including March 11, 2019.

The current deadline for response to Plaintiff's MSJ is February 25, 2019. Undersigned counsel stipulate to this two (2) week extension of time up to an including March 11, 2019 in order to coordinate with Association counsel's schedule in the evaluation of the MSJ and to allow time for the preparation of the Association's response/opposition.

This is the first request for an extension and is not intended to cause any delay or prejudice to any party.

DATED this 25th day of February, 2019.   DATED this 25th day of February, 2019.

*LEACH KERN GRUCHOW ANDERSON SONG*    *WRIGHT FINLAY & ZAK*

 */s/ Karen M. Ayarbe, Esq.*    */s/ Edgar C. Smith, Esq.*
KAREN M. AYARBE, ESQ.    EDGAR C. SMITH, ESQ.
Nevada Bar No. 3358    Nevada Bar No. 5506
5421 Kietzke Lane, Ste. 200    7785 W. Sahara Ave., Ste. 200
Reno, NV 89511    Las Vegas, NV 89117
Tel: (775) 324-5930    Tel: (702) 475-7964 Ext. 7042
Fax: (775) 324-6173    Fax: (702) 946-1345
*Attorneys for Defendant*    *Attorneys for Plaintiff*
*Woodland Village Homeowners Association*

## ORDER

*IT IS SO ORDERED*.

DATED this 25th day of February 2019.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully Submitted By:*
 */s/ Karen M. Ayarbe, Esq.*
KAREN M. AYARBE, ESQ.
*Attorneys for Defendant*
*Woodland Village Homeowners Association*

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure 5(b), I certify that on the ___ day of February 2019, I served via the CM/ECF electronic filing system, and in accord with Local Rule IC 4-1(b) of the United States District Court for the District of Nevada, a true and correct copy of the ***STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT WOODLAND VILLAGE HOMEOWNERS ASSOCIATION TO FILE ITS RESPONSE to PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [First Request]*** to the attorneys associated with this case.

| | |
|---|---|
| **RYAN J. CANN** | rjc@kidderlawgroup.com |
| | info@canniplaw.com |
| **PATRICK JAMES DAVIS** | pdavis@wrightlegal.net |
| | NVefile@wrightlegal.net |
| | npetty@wrightlegal.net |
| **KRISTA NIELSON** | knielson@wrightlegal.net |
| | jcraig@wrightlegal.net |
| | NVefile@wrightlegal.net |
| **EDGAR C SMITH** | esmith@wrightlegal.net |
| | fharris@wrightlegal.net |
| | NVefile@wrightlegal.net |

_____
An Employee of Leach Kern Gruchow Anderson Song