WRIGHT, FINLAY & ZAK, LLP
Bradley T. Wibicki, Esq.
Nevada Bar No. 11321
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
knielson@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, Wells Fargo Bank, National Association as Trustee
for Option One Mortgage Loan Trust 2007-2, Asset-Backed Certificates, Series 2007-2*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-2, ASSET-BACKED CERTIFICATES, SERIES 2007-2, | Case No.:  3:17-cv-00735-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| vs. | **(First Request)** |
| LEMMIE GARNER; SUSAN CARLILE; WOODLAND VILLAGE HOMEOWNER'S ASSOCIATION; | |
| Defendants. | |
| LEMMIE GARNER AND SUSAN CARLILE, | |
| Counterclaimants, | |
| vs. | |
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-2, ASSET-BACKED CERITIFACTED, SERIES 2007-2; | |
| Counter-Defendant. | |

/././

/././

## STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT

Plaintiff/Counter-Defendant, Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2007-2, Asset-Backed Certificates, Series 2007-2 ("Wells Fargo"), and Defendant, Woodland Village Homeowner's Association ("HOA") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On February 4, 2019, Wells Fargo filed its Motion for Summary Judgment [ECF No. 42]. HOA opposed Wells Fargo's Motion for Summary Judgment on March 11, 2019 [ECF No. 45]. Presently, Wells Fargo's reply in support of its Motion for Summary Judgment is due by March 25, 2019.

In order to allow additional time to fully address the issues raised in HOA's Opposition, the Parties have discussed extending the deadline for Wells Fargo's reply in support of the Motion for Summary Judgment by one week to April 1, 2019. This is the first stipulation for extension of time of the deadline for Wells Fargo to file a reply in support of its Motion for Summary Judgment. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

/./.
/./.
/./.
/./.
/./.
/./.
/./.
/./.
/./.
/./.
/./.
/./.

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for Wells Fargo to file a reply in support of its Motion for Summary Judgment [ECF No. 42] shall be extended to April 1, 2019.

DATED this 25th day of March, 2019.
WRIGHT, FINLAY & ZAK, LLP


/s/ Krista J. Nielson
Bradley T. Wibicki, Esq.
Nevada Bar No. 11321
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff/Counter-Defendant,*
*Wells Fargo Bank, National Association as*
*Trustee for Option One Mortgage Loan Trust*
*2007-2, Asset-Backed Certificates, Series*
*2007-2*

DATED this 25th day of March, 2019.
LEACH KERN GRUCHOW
ANDERSON SONG


/s/ Karen M. Ayarbe
Karen M. Ayarbe, Esq.
Nevada Bar No. 3358
5421 Kietzke Lane, Suite 200
Reno, NV 89511
*Attorneys for Defendant, Woodland*
*Village Homeowner's Association*


IT IS SO ORDERED.


_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

DATED: March 25, 2019