1   WRIGHT, FINLAY & ZAK, LLP
    Robert A. Riether, Esq.
2   Nevada Bar No. 12076
3   7785 W. Sahara Ave., Suite 200
    Las Vegas, NV 89117
4   (702) 475-7964; Fax: (702) 946-1345
    rreither@wrightlegal.net
5   *Attorneys for Plaintiff/Counter-Defendant, Wells Fargo Bank, National Association as Trustee*
6   *for Option One Mortgage Loan Trust 2007-2, Asset-Backed Certificates, Series 2007-2*

7                   **UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF NEVADA**

9
    WELLS FARGO BANK, NATIONAL                    Case No.:   3:17-cv-00735-MMD-WGC
10  ASSOCIATION AS TRUSTEE FOR OPTION
    ONE MORTGAGE LOAN TRUST 2007-2,               **STIPULATION AND ORDER TO**
11  ASSET-BACKED CERTIFICATES, SERIES             **EXTEND TIME TO FILE**
    2007-2,                                       **SUPPLEMENTAL BRIEFING**
12
13                Plaintiff,

14  vs.

15
    LEMMIE GARNER; SUSAN CARLILE;
16  WOODLAND VILLAGE HOMEOWNER'S
    ASSOCIATION;
17
18                Defendants.
    ────────────────────────────────
    LEMMIE GARNER AND SUSAN CARLILE,
19
20                Counterclaimants,

21  vs.

22
    WELLS FARGO BANK, N.A., AS TRUSTEE
23  FOR OPTION ONE MORTGAGE LOAN
    TRUST 2007-2, ASSET-BACKED
24  CERITIFACTED, SERIES 2007-2;

25                Counter-Defendant.
26

27

28

## STIPULATION AND ORDER TO EXTEND TIME TO
## FILE SUPPLEMENTAL BRIEFING

IT IS HEREBY STIPULATED that Plaintiff/Counter-Defendant, Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2007-2, Asset-Backed Certificates, Series 2007-2 ("Wells Fargo"), Defendants/Counterclaimants, Lemmi Garner and Susan Carlile ( "Buyers"), (collectively, the "Parties") by and through their undersigned counsel of record, hereby agree and stipulate as follows:

1. On September 17, 2019, this court filed an Order granting Wells Fargo's Motion for Summary Judgment [ECF No. 49], which also set an October 1, 2019 deadline to file a status report regarding Buyers' remaining counterclaim for unjust enrichment.

2. On October 1, 2019, the Parties filed a Joint Status Report requesting forty-five (45) days (to November 18, 2019), for the Parties to file supplemental briefing on Buyers' unjust enrichment claim;

3. On October 2, 2019, this court filed a Minute Order granting the aforementioned request, setting a deadline of forty-five (45) days out (until November 18, 2019) for said supplemental briefing;

4. Since then, the Parties have corresponded regarding potential settlement on the unjust enrichment claim and Buyers have relayed an official settlement offer to resolve the issue, which Wells Fargo is considering;

5. Given the above and the upcoming holiday season, the Parties are now hereby requesting an additional thirty (30) days to allow the Parties additional time for settlement negotiations, and thus requests up to December 18, 2019, to file supplemental briefing on Buyers' unjust enrichment claim;

///

6. This is the first request for an extension and is submitted in good faith and not intended to cause any delay to the Court.

**IT IS SO STIPULATED.**

| DATED this 14th day of November, 2019. | DATED this 14th day of November, 2019. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | THE KIDDER LAW GROUP, LTD. |
| */s/ Robert A. Riether*_____ <br> Robert A. Riether, Esq. <br> Nevada Bar No. 12076 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff/Counter-Defendant, Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2007-2, Asset-Backed Certificates, Series 2007-2* | */s/ Karlon J. Kidder*_____ <br> Karlon J. Kidder, Esq. <br> Nevada Bar No. 11622 <br> 620 N. Rock Blvd. <br> Sparks, NV 8989431 <br> *Attorneys for Defendants/Counterclaimants, Lemmi Garner and Susan Carlile* |

## ORDER

**IT IS SO ORDERED.**

Dated this  14th day of  November 2019.

_____
UNITED STATES DISTRICT JUDGE