WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorney for Plaintiff/Counter-Defendant, Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2007-2, Asset-Backed Certificates, Series 2007-2*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-2, ASSET-BACKED CERTIFICATES, SERIES 2007-2,<br><br>Plaintiff,<br>vs.<br><br>LEMMIE GARNER; SUSAN CARLILE; WOODLAND VILLAGE HOMEOWNER'S ASSOCIATION;<br><br>Defendants.<br>LEMMIE GARNER AND SUSAN CARLILE,<br><br>Counterclaimants,<br>vs.<br><br>WELLS FARGO BANK, N.A., AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-2, ASSET-BACKED CERTIFICATES, SERIES 2007-2;<br><br>Counter-Defendant. | Case No.: 3:17-cv-00735-MMD-WGC<br><br>**EX PARTE MOTION TO REMOVE COUNSEL FROM SERVICE LIST** |

COMES NOW, Plaintiff/Counter-Defendant, Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2007-2, Asset-Backed Certificates, Series 2007-2, by and through its attorney of record, Robert A. Riether, Esq. of the law firm Wright, Finlay &

Zak, LLP and requests the removal of Christina Miller, Esq. and Bradley Wibicki, Esq. ("Ms. Miller and Mr. Wibicki") from the Service List in the above-captioned matter. This case was reassigned within Wright, Finlay & Zak, LLP to Robert A. Riether, Esq. Subsequent filings have been made and Ms. Miller and Mr. Wibicki are receiving notices of the proceedings in this case. As a result, it is no longer necessary that Ms. Miller and Mr. Wibicki receive notice of the ongoing proceedings.

Accordingly, the undersigned counsel requests that Christina Miller, Esq. and Bradley Wibicki, Esq. be removed from the Service List in this matter.

DATED this 15th day of November, 2019.

WRIGHT, FINLAY & ZAK, LLP

/s/ Robert A. Riether, Esq.
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff, Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2007-2, Asset-Backed Certificates, Series 2007-2*

IT IS SO ORDERED.

DATED: November 19, 2019.

William G. Cobb
UNITED STATES MAGISTRATE JUDGE

Page 2