WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorney for Plaintiff/Counter-Defendant, Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2007-2, Asset-Backed Certificates, Series 2007-2*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-2, ASSET-BACKED CERTIFICATES, SERIES 2007-2,<br><br>Plaintiff,<br>vs.<br><br>LEMMIE GARNER; SUSAN CARLILE; WOODLAND VILLAGE HOMEOWNER'S ASSOCIATION;<br><br>Defendants.<br>LEMMIE GARNER AND SUSAN CARLILE,<br><br>Counterclaimants,<br>vs.<br><br>WELLS FARGO BANK, N.A., AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-2, ASSET-BACKED CERTIFICATES, SERIES 2007-2;<br><br>Counter-Defendant. | Case No.: 3:17-cv-00735-MMD-WGC<br><br>**NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

Plaintiff/Counter-Defendant, Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2007-2, Asset-Backed Certificates, Series 2007-2 (hereinafter referred to as "Plaintiff"), by and through its attorney of record of the law firm of Wright,

Page 1

Finlay & Zak, LLP, hereby gives notice that Edgar C Smith, Esq.; Krista Nielson, Esq.; and Patrick James Davis, Esq. are no longer attorneys associated with Wright, Finlay & Zak, LLP. Wright Finlay & Zak, LLP will continue to represent Plaintiff and requests that Robert A. Riether, Esq. receive all future notices.

DATED this 15th day of November, 2019.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Robert A. Riether, Esq.*
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff, Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2007-2, Asset-Backed Certificates, Series 2007-2*

IT IS SO ORDERED.

DATED: November 19, 2019.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE